| | |
|---|---|
| **United States District Court Western District of Washington** | **No.** 2:19-cv-1943 |
| Brishen Kaszycki, Plaintiff,<br><br>vs.<br><br>United States; Bureau of Alcohol, Tobacco, Firearms and Explosives; Federal Bureau of Investigation, Defendants. | **Complaint** |

Plaintiff Brishen Kaszycki brings this action against the United States and makes the following allegations and complaints:

I. PARTIES

1. Plaintiff Brishen Kaszycki is an individual residing in King County, Washington.

2. Defendant United States is the United States of America.

3. Defendant Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) is a United States law enforcement agency.

4. Defendant Federal Bureau of Investigation (FBI) is a United States law enforcement agency.

917 S 10th St
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com

Complaint - Page 1 of 4

## II. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and § 1346 (United States as defendant). The plaintiff resides within the Western District of Washington. This Court has venue under 28 U.S.C. § 1391(e)(1).

## III. FACTS

1. In December 2014, the King County Superior Court convicted plaintiff of criminal trespass in the first degree and disorderly conduct, both misdemeanors under Washington state law.[1] Both convictions occurred under the same case and were based on the same incident, the facts of which are not relevant.

2. There are no firearm-related consequences resulting from these convictions. These convictions do not trigger any of the prohibitions present in RCW 9.41.040 or 18 U.S.C. § 922.

3. On or about January 2019, plaintiff submitted applications to the ATF for the transfers of several "National Firearm Act" items. These included a short-barreled rifle and silencers. He paid the required tax for each application and began waiting for the ATF to do the background check.

4. In November 2019, ATF advised plaintiff that it was denying all of his applications because the background check run through the FBI/NICS remains in "open" status.

---

[1] Criminal trespass in the first degree is technically a gross misdemeanor and disorderly conduct is a simple misdemeanor. These distinctions are not relevant to the present action.

917 S 10th St
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com

Complaint - Page 2 of 4

5. 26 U.S.C. § 5512 states that "[a]pplications shall be denied if the transfer, receipt, or possession of the firearm would place the transferee in violation of law."

6. There is no legal authority for ATF to deny the applications based on an "open" status background check, where no actual prohibition exists.

7. There is no administrative appeal process offered by ATF. The denial is conclusive and final.

8. A review of plaintiff's criminal history report as maintained by the FBI indicates that all dispositions and charges are accurately listed and there should be no reason at all why the background check would remain in "open" status. Nor is there anything on that criminal history report that would even remotely suggest that plaintiff is prohibited from possessing a firearm.

9. The ATF's summary denials are without authority of law and are in violation of plaintiff's constitutional rights.

## IV. CAUSES OF ACTION

1. 18 U.S.C. § 925A grants a cause of action to an individual wrongfully denied on a firearm transaction.

2. The ATF's denial violates plaintiff's constitutional rights under the Second Amendment.

3. The ATF's denial violates plaintiff's constitutional rights under the Fifth Amendment's Due Process Clause.

917 S 10th St
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com

Complaint - Page 3 of 4

V. REQUESTED RELIEF

1. That the Court order the ATF to approve all applications.

2. That the Court order the FBI to update plaintiff's criminal history record in such a matter as necessary to avoid future denials and litigation.

3. That the Court award plaintiff his attorney's fees and costs.

4. Any other legal or equitable relief as the Court sees fit.


Respectfully submitted,

*[signature: Vitaliy]*

_____

Vitaliy Kertchen WSBA#45183
Attorney for Mr. Kaszycki
Date: 11/27/19

Complaint - Page 4 of 4

917 S 10th St
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com